FILED

JUN 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) | |
| | ) | CASE NO. **1:25 CR 00277** |
| v. | ) ) | Title 18, United States Code, |
| MICHAEL COTHERN, | ) | Sections 924(c)(1)(A)(ii) and 1951(a) **JUDGE NUGENT** |
| Defendant. | ) ) | |

COUNT 1
(Interference with Commerce by Robbery, 18 U.S.C. §§ 1951(a), (b)(1))

The Grand Jury charges:

1. On or about February 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL COTHERN, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant, MICHAEL COTHERN, did unlawfully take and obtain money or property in the custody, possession, and presence of employees of Pizza Hut, 4272 Liberty Avenue, Vermilion, Ohio 44089, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Sections 1951(a).

## COUNT 2
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

2. On or about February 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL COTHERN did use, carry, and brandish a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of Title 18, United States Code, Section 1951(a), (b)(1) as charged in Count 1 of this indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.