IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>vs.<br><br>MICHAEL COTHERN,<br><br>DEFENDANT | CASE NO.: 1:25-cr-00277-DCN<br><br>JUDGE DONALD C. NUGENT<br><br>MOTION FOR EVALUATION TO DETERMINE COMPETENCY (TITLE 18 USC section 4241) |

Now comes counsel for defendant, Michael Cothern, and moves this Honorable Court for an evaluation pursuant to Title 18 U.S.C section 4241 to determine competency to stand trial and assist defense counsel. Attached Brief incorporated herein.

*S/Wesley A. Dumas, Sr.*
 Wesley A. Dumas Sr.
 Attorney for Defendant
 Ohio Bar Reg. No.: 0009004
 P.O. Box 43520
 Richmond Hts., Ohio 44143
 (216) 696-3833 Tel.
 baberuth3@sbcglobal.net

CERTIFICATE OF SERVICE

JUDGE DONALD C. NUGENTMOTION FOR EVALUATION TO DETERMINE COMPETENCY(TITLE 18 USC SECTION 4241) - 1

A copy of the foregoing was sent via the Court's electronic mailing system to all parties herein on this 30th day of March 2026.

_S/Wesley A. Dumas, Sr._
Wesley A. Dumas Sr.
Attorney for Defendant

JUDGE DONALD C. NUGENTMOTION FOR EVALUATION TO DETERMINE COMPETENCY(TITLE 18 USC SECTION 4241) - 2

BRIEF IN SUPPORT OF MOTION

Michael Cothern, defendant herein, reports several mental health issues, to wit:

- Post Traumatic Stress Disorder

- Depression

- Personality Disorder

- Major Depression (SIB) Self Interest Behavior

- Impulsive Control Disorder

These mental health diagnoses have been treated at TASC of Northwest Ohio and the Zeph Center in the Greater Toledo area.

He has experienced foster care; has witnessed his father physically beat his mother repeatedly; and has been sexually abused by his older brother. The family has a history of mental illness. His father suffers from severe personality disorder, and his paternal uncle is schizophrenic.

Mr. Cothern cannot read and/or has significant reading limitations. His speech is incoherent and difficult to follow. He is addicted to illegal substances such as heroin and fentanyl. Counsel believes it will be difficult for him to aid with a trial strategy and/or understanding language of a plea agreement.

JUDGE DONALD C. NUGENTMOTION FOR EVALUATION TO DETERMINE COMPETENCY(TITLE 18 USC SECTION 4241) - 3

Therefore, it is requested that defendant be evaluated for competency to stand trial and any trial and/or related date(s) be continued to complete the necessary testing for it.

Respectfully submitted,

*S/Wesley A. Dumas, Sr.*
Wesley A. Dumas, Sr.
Attorney for Defendant
Ohio Bar Reg. No.: 0009004

JUDGE DONALD C. NUGENTMOTION FOR EVALUATION TO DETERMINE COMPETENCY(TITLE 18 USC SECTION 4241) - 4