THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25 CR 277 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL COTHERN, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Michael Cothern, through his counsel filed a Motion for Evaluation to Determine Competency. (ECF #14). The Government has not objected to this motion. It is, therefore, ordered, under Fed. R. Crim. P. 12.2(c)(1)(A), that the defendant be referred to the Bureau of Prisons for a psychiatric or psychological examination of the Defendant to be conducted pursuant to 18 U.S.C. §4241(a). The examination shall be completed no later than 90 days from the date of this Order;

IT IS FURTHER ORDERED that a report on the Defendant's mental competency shall be prepared according to the requirements of 18 U.S.C. § 4247(c)(1)-(4), and shall be submitted to the Court: 801 West Superior Avenue, Rm 15A, Cleveland, Ohio 44113

IT IS FURTHER ORDERED that should the examiner(s) need additional time to complete their examination of the Defendant, they shall file a motion with the Court showing good cause why the additional time is necessary to observe and evaluate the Defendant according to 18 U.S.C. § 4247(b);

IT IS FURTHER ORDERED that the U.S. Marshals shall make appropriate arrangements to have the Defendant transferred to the appropriate facility as determined by the Bureau of

Prisons for such an evaluation and examination to be performed;

IT IS FURTHER ORDERED that the U.S. Marshals shall transport the Defendant to such a facility as designated by the Bureau of Prisons within 10 days of this order pursuant to 18 U.S.C. § 3161(h)(1)(F), and if it is not possible for transportation to be completed within 10 days, for the U.S. Marshals to report to the Court and to the parties the reason why;

IT IS FURTHER ORDERED that the Defendant be returned from the place of examination within 10 days of completion of such examination, and if it is not possible for transportation to be completed within 10 days, for the U.S. Marshals to report to the Court and to the parties the reason why pursuant to 18 U.S.C. § 3161(h)(1)(F);

IT IS FURTHER ORDERED that a hearing shall be scheduled in this matter, in accordance with 18 U.S.C. §§ 4241(a) and (c), and § 4247(d), after the results of the Defendant's examination have been submitted to the Court;

IT IS FURTHER ORDERED that the Defendant shall continue to receive, while in federal custody, all necessary medications and injections currently prescribed to him, if any; and,

IT IS FURTHER ORDERED that all time limits be tolled and excluded from calculation of time for speedy trial considerations from the date of this Order until the day of the hearing scheduled for the adoption of the evaluation and examination report pursuant to 18 U.S.C. § 3161(h)(1)(A). IT IS SO ORDERED.

Date: _April 2, 2026_

DONALD C. NUGENT
United States District Judge

-2-