FILED

APR 03 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2025 JUN 12 P 1: 14

| United States of America | ) | |
| v. | ) | Case No. 1:25 CR 00277 |
| | ) | |
| Michael Cothern | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Michael Cothern                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1951(a) - Interference with Commerce by Robbery

Date:  6/11/25

_____
*Issuing officer's signature*

City and state:  _____

_____
*Printed name and title*

| Return | |
| --- | --- |

This warrant was received on *(date)* 01/13/25 , and the person was arrested on *(date)* 02/09/26
at *(city and state)* Cleveland, Ohio .

Date:  02/09/26

_____
*Arresting officer's signature*

John L. Sabol ATF Special Agent
*Printed name and title*